RECEIVED
IN MONROE, LA
APR 1 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ANDY M. ALANG | CIVIL ACTION NO. 05-1226 |
| A 29 886 631 | SECTION P |
| VS. | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss (Doc. #10) be **GRANTED** for lack of subject matter jurisdiction, and the case be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 19 day of April, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE